## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSEPH NATHAN LANCE HENSON,**                                    **PLAINTIFF**
**ADC #147877**

**VS.**                                    **1:16-CV-50-BRW-BD**

**ROBERT REICHARD,** *et al.*                                    **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the

Recommendation, the Court concludes that the Recommendation should be, and hereby is,

approved and adopted as this Court's findings in all respects.

Defendants' motion to deem facts admitted (docket entry # 19) is GRANTED.

Defendants' motion for summary judgment (#12) is GRANTED.  Mr. Henson's claims are

DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of September, 2016.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE