IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH NATHAN LANCE HENSON,**  **PLAINTIFF**
**ADC #147877**

VS.                          1:16-CV-50-BRW-BD

**ROBERT REICHARD,** *et al.*  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of September, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE